HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JEREMIAH BRANSCUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMIAH BRANSCUM,<br><br>Defendant. | Case Nos.: 1:24-mj-00013-HBK; 22-po-00455-HBK; 22-po-00541-HBK; 22-po-542-HBK; 17-po-00406-DMC<br><br>[~~PROPOSED~~] ORDER FOR TRANSPORT TO CONNECTIONS |

IT IS HEREBY ORDERED that defendant Jeremiah Branscum shall be released from the Central Valley Annex to Kevin Mitchel, a social worker with the Office of the Federal Defender, on ~~Tuesday~~ **Thursday**, July 25, 2024.  Mr. Mitchel will then transport Mr. Branscum to the Connections Facility in Mariposa.

IT IS SO ORDERED.


Dated: July __25__, 2024

_____
HONORABLE ERICA P. GROSJEAN
United States Magistrate District Judge